UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

LINDA BARBER, et al.,

          Defendants.

CASE NO. C13-5539 BHS

ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION

This matter comes before the Court on Bert Barber, Linda Barber, and Lori Thompson's ("Defendants") motion for reconsideration (Dkt. 64).

On July 2, 2014, the Court granted Plaintiff's proposed protective order. Dkt. 63. On July 3, 2014, Defendants filed the instant motion requesting reconsideration on two issues: (1) the disclosure of Diana Alton's medical information and (2) the scope of one sentence in the protective order. Dkt. 64. On July 8, 2014, the Court requested a response from the Government. Dkt. 65. On July 15, 2014, the Government responded. Dkt. 67. On July 18, 2014, Defendants replied. Dkt. 68.

ORDER - 1

1   With regard to Ms. Alton's medical information, the Court erred in preventing

2   Defendants, their insurance providers, and any mediator from accessing the information.

3   While the information should be protected from public disclosure, interested parties

4   should be allowed to view Ms. Alton's medical information subject to certain protections

5   that are set forth in the protective order.  Therefore, the Court **GRANTS** Defendants'

6   motion on this issue and the protective order shall be amended accordingly.

7   With regard to clarification of the scope of the order, protected information is

8   protected information.   Parties that have access to that information may discuss it

9   amongst themselves, but shall not otherwise disclose that information.  Hopefully, the

10  Court has clarified the scope of the order.

11  **IT IS SO ORDERED.**

12  Dated this 31st day of July, 2014.

BENJAMIN H. SETTLE
United States District Judge