# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>LINDA BARBER, et al.,<br><br>           Defendants. | CASE NO. C13-5539 BHS<br><br>ORDER STRIKING MOTION |

This matter comes before the Court on Defendants Bert Barber, Linda Barber, Lori Thompson's ("Defendants") motion for summary judgment (Dkt. 84).

On August 20, 2014, Defendants filed two motions for summary judgment. Dkts. 81 & 84. "Absent leave of the court, parties must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim." Local Rule 7(e)(3). In a case that has consumed substantial resources of both the parties and the Court, this local rule is particularly appropriate. Defendants have failed to ask for leave of Court to file an additional dispositive motion. Dkt. 84. Therefore, the Court strikes the motion and the Clerk shall remove it from the calendar.

1    **IT IS SO ORDERED.**

2    Dated this 2nd day of October, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge